UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Sebastian Funez Mene                              :
                                                  :
                Plaintiff,                        :
                                                  :
        -against-                                 :     __22__ Civ. __10333__ ( KPF ) ( ____ )
                                                  :
                                                  :     NOTICE OF APPEARANCE OF
                                                  :     *PRO BONO* COUNSEL
Kaja Funez Sokola                                 :
                                                  :
                Defendant.                        :
-------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of:

Respondent Kaja Funez Sokola.

I certify that I am admitted to practice in this Court.

| | |
|---|---|
| 2/1/2023 | /s/ Jonathan F. Schaffer-Goddard |
| Date | Signature |
| | Jonathan F. Schaffer-Goddard     6019855 |
| | Print Name                       Bar No. |
| | 425 Lexington Avenue, 14th Floor |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | 646-837-5151     646-837-5150 |
| | Phone No.     Fax. No. |
| | jschaffer-goddard@hsgllp.com |
| | Email Address |