UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEBASTIEN FUNEZ MENE,

                Petitioner,

-v.-

KAJA FUNEZ SOKOLA,

                Respondent.

22 Civ. 10333 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court understands that the parties were not able to settle this matter at their conference before Magistrate Judge Aaron. The parties are hereby ORDERED to appear for a conference on **July 20, 2023**, at 2:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to set a trial schedule and a schedule for briefing on Respondent's anticipated motion to stay. The parties should be prepared to share their availability for trial for the duration of the 2023 calendar year.

      SO ORDERED.

Dated:    July 12, 2023
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge