# HOLWELL SHUSTER & GOLDBERG LLP

425 Lexington Avenue, 14th Floor  
New York, New York 10017  
Tel: (646) 837-5151  
Fax: (646) 837-5150  
www.hsgllp.com

*Jonathan Schaffer-Goddard*  
*(646) 837-5151*  
*jsg@hsgllp.com*



By ECF & Email

Hon. Katherine Polk Failla  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

August 15, 2023

Re:     Extension of Time: Sebastian Funez Mene v. Kaja Sokola (22-cv-10333 (KPF))

Dear Judge Failla

We represent Respondent Kaja Sokola in the above referenced matter.

Having conferred with Petitioner's counsel we write this letter jointly to respectfully request, now that the date for trial has been set, that the deadlines set forth in the Second Amended Case Management Plan and Scheduling Order [ECF No. 39], Paragraph 15, be extended as follows:

Date for Filing Joint Pre-Trial Order: October 6, 2023.

We are available for a conference if that would assist the Court.

Respectfully submitted,

/s/ Jonathan Schaffer-Goddard  
Jonathan Schaffer-Goddard  
Pro-Bono Counsel for Respondent

HOLWELL SHUSTER & GOLDBERG LLP

/s/ Richard Min  
Richard Min  
Pro-Bono Counsel for Respondent

Michael Pascazi  
Counsel for Petitioner

PASCAZI LAW OFFICES PLLC          GREEN KAMINER MIN & ROCKMORE LLP

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 46.

Dated:    August 15, 2023        SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE