UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEBASTIEN FUNEZ MENE,<br><br>                              Petitioner,<br><br>            -v.-<br><br>KAJA FUNEZ SOKOLA,<br><br>                              Respondent. | 22 Civ. 10333 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth during the Court's September 7, 2023 hearing, Petitioner is hereby ORDERED to file a sworn statement on or before **September 21, 2023**, pertaining to Respondent's Requests for the Production of Documents #1, #8, and #15 (collectively, the "Requests"). (*See* Dkt. #48-3, Dkt. #48-4). Among other information, the sworn statement must recite that (i) Petitioner has discussed the Requests fully with his counsel; (ii) Petitioner has searched for and reviewed all potentially relevant materials within his possession, custody, or control; and, as to each Request, (iii) either no responsive materials exist or Petitioner has produced all relevant, non-privileged materials within his possession, custody, or, control.

Further, Petitioner may file a written memorandum of law concerning relevant precepts of Polish law from his expert witness on or before **September 21, 2023**. Respondent may file a rebuttal memorandum of law from her expert witness concerning Polish law on or before **October 5, 2023**. Except to the extent modified by further order of the Court, both expert

witnesses must be made available for the hearing in this matter, currently scheduled for **October 30, 2023**.

SO ORDERED.

Dated: September 7, 2023
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge