UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEBASTIEN FUNEZ MENE,<br><br>                    Petitioner,<br><br>          -v.-<br><br>KAJA FUNEZ SOKOLA,<br><br>                    Respondent. | 22 Civ. 10333 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    As set forth during the Court's October 16, 2023 conference, Respondent is hereby ORDERED to file her motion for sanctions under Rule 37, if any, on or before **October 20, 2023**. Petitioner may file his opposition on or before **October 25, 2023**, and Respondent may file any further reply on or before **October 27, 2023**. Petitioner is further ORDERED to obtain a transcript of the October 16, 2023 conference from the Court Reporter.

    SO ORDERED.

Dated:  October 16, 2023
          New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge