# HOLWELL SHUSTER & GOLDBERG LLP

425 Lexington Avenue, 14th Floor
New York, New York 10017
Tel: (646) 837-5151
Fax: (646) 837-5150
www.hsgllp.com

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



October 19, 2023

Re:   *Mene v. Sokola (Motion Pursuant to Order of October 16, 2023)*
      Case No. 22-cv-10333-KPF

Dear Judge Failla,

We write in relation to the conference before you on October 16, 2023 and the order made following that conference [ECF No. 72].

We are writing to inform you that having considered the matter further, we will not be bringing a motion for sanctions, and consider that the relevant matters can be dealt with in submissions and cross-examination at trial.

We await a copy of the transcript of the hearing on October 16, which Petitioner was ordered to obtain.

Respectfully submitted,

*/s/ Jonathan Schaffer-Goddard*
Jonathan Schaffer-Goddard

HOLWELL SHUSTER & GOLDBERG LLP
Co-counsel for Respondent

*/s/ Richard Min*
Richard Min

GREEN KAMINER MIN & ROCKMORE LLP
Co-counsel for Respondent

1

The Court is in receipt of Respondent's above letter indicating that she no longer wishes to file a motion for sanctions.

The Clerk of Court is directed to terminate the pending motion at docket entry 69.

Dated:    October 19, 2023       SO ORDERED.
             New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE