UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEBASTIEN FUNEZ MENE,<br><br>　　　　　　Petitioner,<br><br>　　　-v.-<br><br>KAJA FUNEZ SOKOLA,<br><br>　　　　　　Respondent. | 22 Civ. 10333 (KPF)<br><br>**ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE, AND DIRECTION OF SUBMISSION OF HAGUE EVIDENCE CONVENTION APPLICATION** |

KATHERINE POLK FAILLA, District Judge:

　　The Court, having reviewed the papers submitted by Respondent in support of Respondent's Unopposed Motion for Issuance of Letter of Request for International Judicial Assistance and Direction of Submission of Hague Evidence Convention Application (the "Motion") (Dkt. #107-108) and finding it proper to issue a Letter of Request for International Judicial Assistance (the "Request for Assistance") pursuant to 28 U.S.C. § 1781 and Chapter I of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. No.7444, 23 U.S.T. 2555 (the "Hague Evidence Convention").

　　HEREBY ORDERS THAT:

(1)　The Motion is Granted.

(2)　The form of Request for Assistance attached hereto as Exhibit A is hereby issued as the Court's Request for Assistance.

(3) Following receipt of the documents sought by this request by the Court, the Court will circulate copies to counsel for the parties.

(4) All costs of this Hague Evidence Convention process, including, without limitation, translation fees for these motion papers, and any transmittal costs for the Documents, will be borne by the Respondent.  Each party will be responsible for the fees and expenses, if any, of its own attorneys relating to any proceedings arising from this Hague Evidence Convention process.

The Clerk of Court is directed to terminate the pending motion at docket entry 107.

SO ORDERED.

Dated:   November 30, 2023
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEBASTIEN FUNEZ MENE,<br><br>      Petitioner,<br><br>-v.-<br><br>KAJA FUNEZ SOKOLA,<br><br>      Respondent. | 22 Civ. 10333 (KPF)<br><br>**LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS** |

KATHERINE POLK FAILLA, District Judge:

  A request is hereby made by the United States District Court for the Southern District of New York, at 40 Foley Square, New York, New York, 10007, UNITED STATES OF AMERICA, to the Ministère de la Justice, Direction des Affaires Civiles et du Sceau, Bureau de l'entraide civile et commerciale internationale (D3), 13, Place Vendôme, 75042 Paris Cedex 01, FRANCE, for assistance in obtaining a casier judiciaire bulletin n°1.

  This request is made pursuant to Chapter I of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Evidence Convention").

1. Sender       The Honorable Katherine Polk Failla
               United States District Court
               Southern District of New York
               40 Foley Square
               New York, New York 10007
               UNITED STATES OF AMERICA

| | | |
|---|---|---|
| 2. | Central Authority of the Requested State | Ministère de la Justice |
| | | Direction des Affaires Civiles et du Sceau |
| | | Bureau de l'entraide civile et commerciale (D3) |
| | | 13, Place Vendôme |
| | | 75042 Paris Cedex 01 |
| | | FRANCE |
| 3. | Person to whom the executed request is to be returned | Jonathan Schaffer-Goddard |
| | | Holwell Shuster & Goldberg LLP |
| | | 425 Lexington Ave |
| | | New York, New York, 10017 |
| | | UNITED STATES OF AMERICA |

In conformity with Chapter I of the Hague Convention, the United States District Court for the Southern District of New York presents its compliments to the Ministère de la Justice and has the honor to submit the following request:

| | | |
|---|---|---|
| 4. | Specification of the date by which the requesting authority requires receipt of the response to the Request for International Judicial Assistance ("Request For Assistance") | The requesting authority would greatly appreciate a response to the Request for Assistance within 21 days or as soon thereafter as is practicable. |
| | | The hearing in this matter has concluded, and the requesting authority wishes to obtain this information swiftly, so that the case may be decided expeditiously in accordance with the Court's obligations under the Hague Convention on the Civil Aspects of International Child Abduction 1980. |

| | | |
|---|---|---|
| 5. | Requesting judicial authority | United States District Court |
| | | Southern District of New York |
| | | 40 Foley Square |
| | | New York, New York 10007 |
| | | UNITED STATES OF AMERICA |
| 6. | To the competent authority of | The Republic of France |
| 7. | Name of the case and any identifying number | *Sebastien Funez Mene* v. *Kaja Funez Sokola* |
| | | 22-cv-10333 (KPF) |
| 8. | Name of the Plaintiff (Petitioner) | Sebastien Funez Mene |
| | Name and address of Plaintiff's (Petitioner's) representatives | Michael Pascazi |
| | | Pascazi Law Offices PLLC |
| | | 1065 Main Street, Ste. D, |
| | | Fishkill, New York 12524 |
| | | UNITED STATES OF AMERICA |
| | | mpascazi@pascazilaw.com |
| 9. | Name of Defendant (Respondent) | Kaja Funez Sokola |
| | Name and address of Defendant's (Respondent's) representatives | Jonathan Schaffer-Goddard |
| | | Holwell Shuster & Goldberg LLP |
| | | 425 Lexington Ave |
| | | New York, New York, 10017 |
| | | UNITED STATES OF AMERICA |
| | | jschaffer-goddard@hsgllp.com |

4

|   |   |   |
|---|---|---|
|   |   | Richard Min |
|   |   | Green Kaminer Min & Rockmore LLP |
|   |   | 420 Lexington Ave. Ste. 2821 |
|   |   | New York, New York 10170 |
|   |   | UNITED STATES OF AMERICA |
|   |   | rmin@gkmrlaw.com |
| 10. | Nature and purpose of the proceedings and summary of the facts | Petition for the return of a child under The Convention of 25 October 1980 on the Civil Aspects of International Child Abduction. |
|   |   | The Plaintiff (Petitioner) seeks the return of the minor son of the marriage to Poland. |
|   |   | The Defendant (Respondent) raises a defense of "grave risk of harm" under Article 13(b) of the Convention, and a separate defense under Article 20 of the Convention based on an ongoing asylum application. |
|   |   | The Petitioner, who currently resides in Poland, was born in, and previously lived in, Lyon, France.  At issue in these proceedings is the Petitioner's criminal record (if any) in France. Petitioner has a conviction in California which led to his deportation to France on June 4, 2012.  The Court has heard evidence that Plaintiff has a criminal record in France, but the Plaintiff has denied this, and the Court seeks a casier judiciaire bulletin n°1 for the Petitioner to determine whether or not Petitioner has a criminal record in France and, if so, what it consists of. |
|   |   | Petitioner's criminal record in France is relevant to the Court's consideration of the Defendant's Grave Risk of Harm defense. |
| 11. | Evidence to be obtained | A casier judiciaire bulletin n°1 for the Petitioner, in the following names by which the Petitioner is or has been known: |
|   |   | Sebastien Funez Mene |

5

|   |   |   |
|---|---|---|
|   |   | Sebastien Funez |
|   |   | Sebastien Mene Funez |
|   |   | In all cases both with and without the middle name "Jean". |
|   |   | Petitioner's date of birth is January 2, 1973. Petitioner was born in Lyon. Petitioner's mother's name is Helene Mene. Petitioner's father's name is Jose Funez. |
| 12. | Whether the Plaintiff and Defendant have consented to document discovery | The parties have consented to the document discovery. |
| 13. | Special methods or procedure to be followed | N/A |
| 14. | Suggested Date by which any document discovery must be completed | The requesting authority would greatly appreciate a response to the Request for Assistance within 21 days or as soon thereafter as is practicable. |
| 15. | Costs | All costs of this Hague Evidence Convention process, including, without limitation, translation fees for these motion papers, and any transmittal costs for the Documents will be borne by Ms Kaja Funez Sokola. |

This Court expresses its appreciation to the Ministère de la Justice for its courtesy and assistance in this matter.

6

SO ORDERED.

Dated:  November 30, 2023
        New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge