# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T.212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

June 14, 2024

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

  Re: *Mene v. Sokola*
    <u>Case No. 22-cv-10333-KPF</u>

Dear Judge Failla:

  We represent Respondent Kaja Sokola in the above referenced matter. We write this letter to respectfully request that the submission deadline of June 28, 2024 for the parties' respective post-trial Proposed Findings of Fact and Conclusions of Law [ECF No. 139] be extended to July 9, 2024. This is the first request for an extension of time with respect to this deadline. The reason for this request is that the undersigned co-counsel for Respondent has several submissions due the week leading up to June 28th including an opening brief before the Second Circuit Court of Appeals due on June 28, 2024. Mr. Pascazi, counsel for Petitioner, consents to Respondent's request for an extension.

  We thank the court for its courtesy and consideration in this matter.

            Very Truly Yours,

            Richard Min

cc: Michael Pascazi, Esq. (by ECF)
   Jonathan Schaffer-Goddard (by ECF)

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 141.

Dated:    June 14, 2024          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE