UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEBASTIEN FUNEZ MENE,

                            Petitioner,

                    -v.-

KAJA FUNEZ SOKOLA,

                            Respondent.

22 Civ. 10333 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has received Petitioner's proposed order to show cause (Dkt. #182) and memorandum of law in support of his motion for relief from the Court's prior judgment and orders under Federal Rule of Civil Procedure 60(b)(2) (Dkt. #183).  The Court notes that Petitioner also filed a notice of appeal on July 22, 2025 (Dkt. #181), and that Petitioner's appeal is currently pending at the Second Circuit.  Under Federal Rule of Civil Procedure 62.1, "[i]f a timely motion is made for relief that the [district] court lacks authority to grant because of an appeal that has been docketed and is pending, the court may: [i] defer considering the motion; [ii] deny the motion; or [iii] state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue."

Here, given the pendency of the appeal, the Court will not consider Petitioner's arguments for relief under Rule 60(b)(2).  In addition, the Court observes that Petitioner made a similar request to supplement the record on

appeal with the same video recorded on August 24, 2025, which request the Second Circuit denied on November 21, 2025. (*See* Dkt. #182, Ex. D). In light of these considerations, the Court DENIES Petitioner's motion without prejudice for renewal once the appeal has been resolved.

The Clerk of Court is directed to terminate the pending motion at docket entry 183.

SO ORDERED.

Dated:    December 1, 2025
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge